IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BETTY J. REARDON,                              :
                                               :
      Plaintiff(s),                       :
                                               :   Case Number: 1:05cv178
      vs.                                  :
                                               :   District Judge Susan J. Dlott
THE PRUDENTIAL INSURANCE                       :
COMPANY OF AMERICA,                            :
                                               :
      Defendant(s).                       :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 17, 2006 a Report and Recommendations (Doc. 42).  Subsequently, the plaintiffs and defendants filed objections to such Report and Recommendations (Docs. 49 and 50) and responses to the objections (Docs. 51 and 52).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

      Accordingly, Plaintiff's Motion for Judgment on the administrative record (Doc. 33) is **GRANTED** and Defendant's Motion for Judgment on the administrative record is **DENIED.**  This matter is **REMANDED** for an award of benefits.  This case is hereby **TERMINATED.**

      **IT IS SO ORDERED.**

                                         ___s/Susan J. Dlott_____
                                         Susan J. Dlott
                                         United States District Judge